*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
HACKEL, GROSS, BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Eric K. PAPKE**
Intelligence Specialist Third Class (E-4), U.S. Navy
*Appellant*

**No. 202300182**

_____

Decided:  26 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen C. Reyes (arraignment)
John J. Stephens (motions)
Derek D. Butler (motions, trial)

Sentence adjudged 1 June 2023 by a general court-martial convened at Naval District Washington, Washington Navy Yard, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 14 months, and a bad-conduct discharge.

For Appellant:
*Captain Colin P. Norton, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.